UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SAG FL, LLC d/b/a COCOA KIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KIA AMERICA, INC. f/k/a KIA MOTORS AMERICA, INC.<br><br>　　　　　Defendant. | Case No.: 6:23-cv-02117-PGB-DCI |

## NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that, pursuant to Local Rule 2.02(a), Plaintiff SAG FL, LLC d/b/a Cocoa Kia, hereby designates Nicholas A. Bader as Lead Counsel in this case.

Dated November 1, 2023.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Nicholas A. Bader*
　　　　　　　　　　　　　　　　　　　Nicholas A. Bader (FBN 55351)
　　　　　　　　　　　　　　　　　　　Jason T. Allen (FBN 25659)
　　　　　　　　　　　　　　　　　　　Andrew G. Thomas (FBN 1018226)
　　　　　　　　　　　　　　　　　　　**BASS SOX MERCER**
　　　　　　　　　　　　　　　　　　　2822 Remington Green Circle
　　　　　　　　　　　　　　　　　　　Tallahassee, Florida 32308
　　　　　　　　　　　　　　　　　　　T: 850.878.6404

　　　　　　　　　　　　　　　　　　　nbader@bsm-law.com
　　　　　　　　　　　　　　　　　　　jallen@bsm-law.com

athomas@bsm-law.com

*Attorneys for Plaintiff*